

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 12/6/19         │
└─────────────────────────────┘
```

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 5, 2019

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10011

So Ordered.
/s/ Alvin K. Hellerstein
12-6-19

Re:   *United States v. Chealique Curry*, 19 Cr. 742 (AKH)

Dear Judge Hellerstein:

In lieu of a conference, the parties respectfully request that the Court order a briefing schedule for a motion to be filed by the defense. The parties propose the following due dates:

> **Motion:**      December 19, 2019
>
> **Opposition:**  January 9, 2020
>
> **Reply:**       January 16, 2020

The Government also respectfully requests the exclusion of time under the Speedy Trial Act until the next conference scheduled in the case. The exclusion of time will permit the defendant to file a motion, the Government to respond, and the Court to consider and decide the motion. Defense counsel has informed the Government that he consents to the exclusion of time.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _/s/ Andrew Rohrbach_
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345