ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy          Date: 12/27/2019
by Order of Judge Alvin K. Hellerstein

US v. Chealique Curry - 19 Cr. 742 (AKH)

You are hereby notified that you are required to appear for an oral argument.

    Date : January 23, 2020

    Time: 11:00 am

    Place: U.S. Courthouse - Southern District of New York
    500 Pearl Street
    Courtroom 14D
    New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*/s/ Alvin K. Hellerstein*

12-27-19

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/19