ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy     Date: 3/16/2020
by Order of Judge Alvin K. Hellerstein

US v. Chealique Curry - 19 Cr. 742(AKH)

The pre-trial conf. previously set for 3/20/2020 is hereby adjourned.

You are hereby notified that you are required to appear for pre-trial conf.

    Date : March 31, 2020
    Time: 11:00 am
    Place: U.S. Courthouse - Southern District of New York
      500 Pearl Street
      Courtroom 14D
      New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

/s/ A. K. Hellerstein

3-16-2020