

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2020

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2020

Re:     *United States v. Chealique Curry*, 19 Cr. 742 (AKH)

Dear Judge Hellerstein:

A conference in the above-captioned case is scheduled for Friday, March 20, 2020. In the Government's prior letter requesting a conference date, the Government noted that defense counsel had not been able to visit the defendant at the Metropolitan Correctional Center due to that facility's closure, and the parties would seek to reschedule the conference if defense counsel remained unable to visit the defendant. (*See* ECF No. 28.)

In light of the closure of the Metropolitan Correctional Center due to COVID-19, the parties respectfully request that the conference be adjourned for thirty days to permit defense counsel time to consult with their client.

The Government also respectfully requests that the Court exclude time under the Speedy Trial Act until the next conference date. The ends of justice served by granting such an exclusion outweigh the best interests of the public and the defendant in a speedy trial because the exclusion will permit the defendant time to consult with his client about the future disposition of the case. Defense counsel does not object to the exclusion of time.

*The conference is further adjourned from March 31, 2020 (See ECF No. 31) to April 30, 2020 at 11:00 a.m. Time is excluded until then in the interest of justice.*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ Andrew Rohrbach
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

*/s/ A. K. Hellerstein*
3-18-2020