UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :   **ORDER**
   -against-                                   :
                                                              :   19 Cr. 742 (AKH)
CHEALIQUE CURRY,                                              :
                                                              :
               Defendant.   :
                                                              :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Government shall respond to Defendant's bail motion (ECF No. 40),

providing a point-by-point response to the Declaration of Dr. Homer S. Venters, by June 24,

2020, at 5:00 p.m.  A bail hearing will be held on June 29, 2020, at 10:30 a.m., the previously

scheduled date for conference, provided that defendant consents to a hearing by either telephone

or video conference.

      SO ORDERED.

Dated:      June 19, 2020               /s/ Alvin K. Hellerstein
          New York, New York        ALVIN K. HELLERSTEIN
                                   United States District Judge