```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :     [Proposed] ORDER
                                      :
      - v. -                          :
                                      :     19 Cr. 742 (AKH)
CHEALIQUE CURRY,                      :
      a/k/a "Shareek Curry,"          :
      a/k/a "Schealique Curry,"       :
                                      :
                Defendant.            :
                                      :
- - - - - - - - - - - - - - - - - - - x
```

Whereas additional information about the defendant's proposed bail conditions would aid the Court in ruling on the pending bail motion,

Pretrial Services is DIRECTED to conduct an interview and virtual home visit with Angelique Curry, during which Pretrial Services will obtain information about:

1. Whether Ms. Curry is willing to serve a third-party custodian for the defendant;

2. Ms. Curry's employment, including information about her average hours away from her apartment;

3. Whether anyone else is home and in a position to monitor the defendant while Ms. Curry is out;

4. The defendant's proposed living circumstances, including where the defendant is likely to sleep; and

5. Any other information that Pretrial Services deems relevant.

2

Pretrial Services is also DIRECTED to conduct any necessary background investigation of Ms. Curry to determine whether she may service as a third-party custodian.

Pretrial services shall provide a report containing its findings to the Government and defense counsel no later than July 8, 2020.  The parties are directed to forward the report to the Court with their comments no later than July 13, 2020.

**SO ORDERED:**


Dated:  New York, New York
        June 30, 2020

　　　　　　　　　　　　　　　　　　　　　/s/ Alvin K. Hellerstein
　　　　　　　　　　　　　　　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF NEW YORK