

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2020

*[Handwritten: Conf is set for Sept 2, 2020 @ 9:00 am. Time to be excluded until then in the interest of justice. X [signature] AKH 7-31-2020]*

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10011

    Re:    ***United States v. Chealique Curry*, 19 Cr. 742 (AKH)**

Dear Judge Hellerstein:

    The Government writes to request that the Court schedule a conference in the above-captioned case in approximately one month. That adjournment will provide time for defense counsel to consult with her client and for the parties to discuss the next steps in this case. Defense counsel consents to this request.

    The Government also notes that the Court's order excluding time under the Speedy Trial Act expires today. (6/29/20 Min. Entry.) The Government requests exclusion of time until the next-scheduled conference in this case. The ends of justice served by granting such an exclusion outweigh the best interests of the public and the defendant in a speedy trial because the exclusion will permit the defendant to consult with his counsel and the parties to discuss disposition of the case without the need for trial. Defense counsel consents to this request.

                Respectfully submitted,

                AUDREY STRAUSS
                Acting United States Attorney

        by:  *[signature]*
                Andrew A. Rohrbach
                Assistant United States Attorney
                (212) 637-2345

CC:    Marisa Cabrera, Esq. (by ECF)