




**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2020

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10011

**Re: *United States v. Chealique Curry*, 19 Cr. 742 (AKH)**

Dear Judge Hellerstein:

The parties write to request a brief adjournment of the conference in the above-captioned case, currently scheduled for September 2, 2020. The parties are discussing a resolution of this case without the need for trial, and an adjournment may allow the parties to complete those discussions. The parties therefore respectfully request that the Court adjourn the conference for approximately two weeks.

In the event that the Court grants this request, the Government also respectfully requests that the Court exclude time under the Speedy Trial Act until the new conference date. The ends of justice served by granting such an exclusion outweigh the best interests of the public and the defendant in a speedy trial because the adjournment will advance disposition of the case without the need for trial. Defense counsel consents to this request.

Conf is adjourned until September 21, 2020 at 11:00 am. Time is excluded, in the interest of justice.
[signature]
9-1-2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: [signature]
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

CC: Marisa Cabrera, Esq. (by ECF)