UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                  against

Chealique Curry,

                  Defendant.
------------------------------------------------------------- x

**SCHEDULING ORDER**

19 Cr. 742(AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a conference on December 9, 2020 at 9:00a.m., which conference will be held via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

       Finally, no later than December 8, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

    SO ORDERED.

Dated:    December 7, 2020          _____/s/_____
           New York, New York            ALVIN K. HELLERSTEIN
                                                    United States District Judge