UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

  UNITED STATES OF AMERICA,

               -against-

CHEALIQUE CURRY

                               Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**19-Cr-742 (AKH)**

Defendant __Chealique Curry__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or __x__ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

__X__   Plea Proceeding


*Chealique Curry*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Marisa K. Cabrera*
_____
Defendant's Counsel's Signature


__Chealique Curry_____
Print Defendant's Name

__Marisa K. Cabrera_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__12/9/2020__
Date

_____
U.S. District Judge/U.S. Magistrate Judge