**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 24, 2021

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
New York, New York 10007

Sentencing is hereby adjourned until May 14, 2021, at noon.
So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
2/25/21

Re:     **United States v. Chealique Curry**
        **19 Cr. 742 (AKH)**

Dear Judge Hellerstein:

    I am the attorney for Chealique Curry, the defendant in the above-captioned case, and write to request a sixty-day adjournment of the sentencing proceeding, which is currently scheduled for March 12, 2021. In this case, however, we are still awaiting various records that will enable us to effectively represent Mr. Curry at sentencing.

    I have conferred with AUSA Andrew Rohrbach and I understand that he does not object to this sixty-day adjournment. This is the first request for an adjournment of sentencing. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

cc:     AUSA Andrew Rohrbach (by ECF)