UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | : **ORDER FOR THE ISSUANCE** |
| | : **OF AN <u>EX PARTE</u> SUBPOENA** |
| | : **PURSUANT TO** |
| | : **RULE 17 (b) & (c)** |
| - v - | : |
| | : **19 Cr. 742-01 (AKH)** |
| | : |
| CHEALIQUE CURRY, | : |
| | : |
| Defendant. | : |

------------------------------------X

Upon the application of the defendant CHEALIQUE CURRY, the annexed affirmation of MARISA CABRERA, Esq., and finding good cause therefor, it is hereby

**ORDERED** that pursuant to 17(b) and (c) of the Federal Rules of Criminal Procedure, the annexed subpoena be issued to the following:

    Central New York Psychiatric Center
    Downstate Forensic Diagnostic Unit
    Downstate Correctional Facility
    Attention: Shannan Sullivan
    P.O. Box 445
    Fishkill, NY 12524

Directing production of the following:

    FOR: **Certified copies** of any and all medical and mental health records for Chealique Curry, DOB: 6/5/1979, including but not limited to all medical, psychological, and psychiatric records and any and all other documents related to Chealique Curry in the possession of the Central New York Psychiatric Center.

and it is further

**ORDERED** that pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the costs incurred by the process and fees of responding to this subpoena shall be paid in the same manner as evidence subpoenaed by the government, and it is further

**ORDERED** that the subpoena be complied with no later than March 11, 2021. The subpoena may be complied with by having the information delivered to the following address: Marisa Cabrera, Esq., Federal Defenders of New York, 52 Duane St., 10th Floor, New York, NY 10007 or emailed to marisa_cabrera@fd.org.

Dated:   New York, New York        **SO ORDERED:**
         February 26, 2021


                                   /s/ Alvin K. Hellerstein
                                   _____
                                   HONORABLE ALVIN KENNETH HELLERSTEIN
                                   UNITED STATES DISTRICT JUDGE