UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
UNITED STATES OF AMERICA,                   :
                                            :
            -v-                             :        SCHEDULING ORDER
                                            :
                                            :        19 Cr. 742(AKH)
CHEALIQUE CURRY,                            :
                                            :
            Defendant.                      :
                                            :
                                            :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing previously scheduled for May 14, 2021 is hereby adjourned.

        The parties are hereby ordered to appear for a sentencing on June 14, 2021 at 12:00 p.m., which sentencing will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

        Finally, no later than June 4, 2021 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:      April 27, 2021       /s/Alvin K. Hellerstein, U.S.D.J._____
           New York, New York      ALVIN K. HELLERSTEIN
                              United States District Judge